United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Erick VELASQUEZ-ROLDAN | § | |
| | § | **Civil Action No. 4:26-cv-3332** |
| Petitioner, | § | |
| | § | |
| v. | § | **HONORABLE JUDGE** |
| | § | **GEORGE C. HANKS, JR.** |
| WARDEN, MONTGOMERY PROCESSING | § | |
| CENTER, *et al.,* | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Upon consideration of Petitioner's Motion to Dismiss, the Court finds that Petitioner's habeas petition has been rendered moot, as Petitioner has been issued a final order of removal. As a result of his removal, the petitioner is no longer subject to continued immigration detention and no longer seeks the relief requested in his habeas petition. This renders his petition moot, as there is no relief the Court can grant through habeas review.

Accordingly, the Court ORDERS as follows:

1. The petitioner's Motion to Dismiss (Dkt. 8) is GRANTED.

2. This case is DISMISSED WITHOUT PREJUDICE as moot.

3. Any remaining pending motion are DENIED AS MOOT.

SIGNED this 22nd day of __July__, 2026.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE